# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-09-3740-R                              **DATE:** JAN. 21, 2011

**TITLE:** JUAN CARLOS LEYVA et al -V- BEST DIAMOND FUNDING CORP et al
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                              <u>    N/A    </u>
**Deputy Clerk**                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANT:**

   Not present                                Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE why action should not be dismissed for mootness

THIS MATTER IS SET ON CALENDAR FOR HEARING ON JANUARY 28, 2011 AT 10:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR MOOTNESS. PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                         Initials of Deputy Clerk__WH____
**CIVIL - GEN**                       D-M